UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    ROBERT S. SHUMAKE,

        Debtor.
_____/

Case No.: 13-40001
Chapter 7
Hon. Walter Shapero

DANIEL M. McDERMOTT,

        Plaintiff,

v.

    ROBERT S. SHUMAKE,

        Defendant.
_____/

Adv. No.: 13-04661

## ORDER IN CONNECTION WITH OBJECTION TO DISMISSAL OF ADVERSARY PROCEEDING

For the reasons stated in the contemporaneously entered opinion, the Court's final decision on the Joint Statement dismissing this adversary proceeding is deferred pending the disposition of further motions filed by the Case Trustee within 30 days from the entry of this order.

**Signed on April 29, 2014**

                                                                 **/s/ Walter Shapero**
                                             **Walter Shapero**
                                             **United States Bankruptcy Judge**